## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| **MARK FULTZ,** | ) |
| | ) |
| Plaintiff, | ) Case No. 4:24-cv-10608 |
| | ) |
| v. | ) Hon. Shalina D. Kumar |
| | ) |
| | ) Magistrate Judge Anthony P. Patti |
| **SOMERSET INN LIMITED** | ) |
| **PARTNERSHIP,** | ) |
| | ) |
| and | ) |
| | ) |
| **FRANKEL ASSOCIATES I** | ) |
| **LIMITED PARTNERSHIP,** | ) |
| | ) |
| Defendants. | ) |

Plaintiff Mark Fultz and Defendants Somerset Inn Limited Partnership and Frankel Associates I Limited Partnership, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of the claims in this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Owen B, Dunn, Jr.* | */s/ R. Christopher Cataldo* |
| Owen B. Dunn, Jr. P66315 | R. Christopher Cataldo |
| Law Offices of Owen B. Dunn, Jr. | Scott M. Assenmacher |
| The Offices of Unit C | Taft Stettinius & Hollister LLP |
| 6800 W. Central Ave., Suite C-1 | 27777 Franklin Rd., Ste. 2500 |
| (419) 241-9661 | Southfield, MI 48034 |
| (419) 241-9737 – facsimile | Email: sassenmacher@taftlaw.com |
| Monroe, MI (734) 240-0848 | Email: ccataldo@taftlaw.com |
| Email: obdjr@owendunnlaw.com | Attorneys for Defendants |
| *Attorney for Plaintiff* | |